IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JESSE WADSWORTH,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )          CIVIL ACTION NO. 2:18-CV-937-WHA
                                    )
BILL FRANKLIN, et al.,              )
                                    )
          Defendants.               )

## ORDER

On December 12, 2018, the Magistrate Judge entered a Recommendation (Doc. #14) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1.   The Recommendation of the Magistrate Judge is ADOPTED.

2.   This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

3.   No costs are taxed.

A separate Final Judgment will be entered.

DONE this 9th day of January, 2019.

          /s/  W. Harold Albritton
          SENIOR UNITED STATES DISTRICT JUDGE